## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Michael Cogley )
)
    Plaintiff, )
)
    v. )  C.A. No. 1:22-CV-452-MSM-LDA
)
State of Rhode Island, et al )
)
    Defendants. )
)
)

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Text  Order of 3/22/24.


                                             Enter:

                                           /s/ Carrie L. Potter
                                         Deputy Clerk

Dated: 3/22/2024